**No. 10-10313. Gregory Claude Brown, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2975, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4339.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 686.